IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00490-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  SAUL PEREZ-PENA,

    Defendant.

_____

### MINUTE ORDER SETTING CHANGE OF PLEA HEARING
_____

**Entered by Judge Philip A. Brimmer**

    A Notice of Disposition was filed by defendant Saul Perez-Pena on January 12, 2010 [Docket No. 24].  A Change of Plea hearing is set for **January 28, 2010 at 1:30 p.m.**  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers and to the Probation Department not later than 48 hours before the change of plea hearing.  See D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  See D.C.COLO.LCrR 11.1F.

    The Plea Agreement and Statement Relevant to Sentencing required by D.C.COLO.LCrR 11.1C (in the form prescribed by Appendix J) shall include also a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.  It is further

    ORDERED that the Trial Preparation Conference previously scheduled for **January 14, 2010 at 10:00 a.m.** and the jury trial set for **January 19, 2010 at 8:00 am.** are VACATED as to defendant Saul Perez-Pena.

    DATED January 12, 2010.