IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: April 23, 2010 |
| Court Reporter: Janet Coppock | Time: 26 minutes |
| Probation Officer: Justine Kozak | Interpreter: Adriana Weisz |

**CASE NO. 09-CR-00490-PAB-02**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Michele Korver |
| Plaintiff, | |
| vs. | |
| **2. SAUL PEREZ PENA,** | Kathryn Stimson |
| Defendant. | |

**SENTENCING**

**1:33 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter sworn.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Comments by Ms. Korver in support of Government's Motion for Downward Departure (Doc #52), filed 4/13/10.

Comments by Ms. Stimson.

Court states its findings and conclusions.

**ORDERED:** Government's Motion for Downward Departure (Doc #52), filed 4/13/10 is **GRANTED**.

Ms. Stimson addresses sentencing.

Mr. Korver addresses sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **January 28, 2010** to count **1 of the Indictment** and **CONFESSED** to count **5 of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **60** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.

  (**X**)  Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
  (**X**)  Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
  (**X**)  Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the defendant will likely be deported.

**ORDERED:** **Special Condition** of Supervised Release that:
  (**X**)  If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.
  (**X**)  Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
  (**X**)  Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:** Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure the defendant shall forfeit his interest in the following property to the United States:

1. **$11,475.00**
2. **One Cobra ENT model CA-380 caliber handgun, serial no. CP025123**
3. **One Bersa Firestorm .380 caliber automatic, serial no. 476328**
4. **One .380 caliber magazine containing seven (7) rounds of ammunition**

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion to Dismiss Counts 2, 3, and 4 of the Indictment (Doc #55), filed 4/21/10 is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**1:49 p.m.     COURT IN RECESS**

**Total in court time:        26 minutes**

**Hearing concluded**