IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-000490-PAB-02

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

2.   **SAUL PEREZ-PENA,**

    **Defendant.**

---

### ORDER DISMISSING COUNTS 2-4 OF THE INDICTMENT AS TO DEFENDANT PEREZ-PENA

---

THIS MATTER comes before the Court on the United States' Motion to Dismiss Counts 2-4 of the Indictment. The Court having reviewed the Motion and being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is hereby GRANTED. Counts 2-4 of the Indictment are DISMISSED as to Defendant Saul Perez-Pena.

Dated this 23rd day of April, 2010, in Denver, Colorado.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge